**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:19-cv-03692-RGK-JPR | Date | July 23, 2019 |
|---|---|---|---|
| Title | Roxanne Martinez v. The Anthem Companies, Inc. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) NOTICE TO ALL PARTIES AND ORDER**

On July 23, 2019, the Court granted Defendant's Motion to Compel Arbitration [10].

The matter is hereby removed from the active caseload without prejudice to reopen the case to enforce arbitration.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | slw |